**HYLAND LEVIN LLP**
By: Peter J. Boyer, Esquire
6000 Sagemore Drive, Suite 6301
Marlton, New Jersey 08053-3900
Phone: (856) 355-2912
Fax:    (856) 355-2901
*Attorneys for Medford Village East Associates, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MEDFORD COMMONS, LLC,<br><br>              Plaintiff,<br><br>-against-<br><br>LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY, jointly and severally,<br><br>              Defendants, | Civil Action No. 1:11-CV-188-NLH-KMW<br><br>Removed from the Superior Court of New Jersey, Docket No. BUR-L-222-08, by Notice filed on January 11, 2011 |
| TOWNSHIP OF MEDFORD,<br><br>              Intervenor-Plaintiff,<br><br>-against-<br><br>LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY, jointly and severally,<br><br>              Defendants, | **NOTICE OF MOTION FOR REMAND AND FOR OTHER RELIEF** |
| LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY,<br><br>              Third-Party Plaintiff,<br><br>-against-<br><br>FREEDMAN COHEN DEVELOPMENT, LLC, MEDFORD VILLAGE EAST ASSOCIATES, LLC, CARL FREEDMAN, Individually AND MITCHELL COHEN, | |

|  |  |
|---|---|
| Individually, | : |
|         Third-Party Defendants, | : |
| | : |
| MEDFORD VILLAGE EAST ASSOCIATES, LLC, | : |
|         Fourth-Party Plaintiffs, | : |
| -against- | : |
| MEDFORD COMMONS, LLC, TOWNSHIP OF MEDFORD, FREEDMAN COHEN DEVELOPMENT, LLC, CARL FREEDMAN, Individually, MITCHELL COHEN, Individually, PENNONI ASSOCIATES, and JOHN DOES 1 THROUGH 5, | : |
|         Fourth-Party Defendants. | |

**PLEASE TAKE NOTICE** that on Monday, February 7, 2011, or as otherwise Ordered by the Court, which includes any Order entered with respect to the application filed herewith by MVE for an expedited hearing on the application referenced herein, fourth party plaintiff, Medford Village East Associates, LLC (hereinafter "MVE"), shall apply to and before the United State District Court for the District of New Jersey, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101-2067, at 9:00 a.m., for the entry an Order remanding the above-captioned matter to the Superior Court of New Jersey, Burlington County, Law Division, Docket No. BUR-L-222-08, and for costs, fees and expenses, pursuant to 28 U.S.C. 1447(c). In support of the Motion, MVE will rely on the Brief, Certification of Stephen D. Samost, Esquire, and other documents filed herein, along with any and all subsequent submissions and arguments, as well as the pleadings of record.

**PLEASE TAKE FURTHER NOTICE** that any objection to this Motion, or any other response, must be served and filed so as to be received by the undersigned counsel within the time period provided in the Local District Court Rules and Federal Rules of Civil Procedure, or as otherwise established by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received with respect to the Motion, the Court may enter an Order approving the Motion without a hearing and without further notice.

**PLEASE TAKE FURTHER NOTICE** that the moving party seeks an award of its costs and expenses, including the legal fees of its attorneys and co-counsel, pursuant to 28 U.S.C. §1447(c), with respect to the matters that are the subject of the Motion, the details of and support for which are set forth in the enclosed documents.

                                      **HYLAND LEVIN LLP**

January 14, 2011                                    /s/Peter J. Boyer
                                                    Peter J. Boyer, Esquire
                                                    6000 Sagemore Drive, Suite 6301
                                                    Marlton, New Jersey 08053-3900
                                                    Phone: (856) 355-2912
                                                    Fax:   (856) 355-2901
                                                    *Attorneys for Medford Village East*
                                                   *Associates, LLC*