**HYLAND LEVIN LLP**
By: Peter J. Boyer, Esquire
6000 Sagemore Drive, Suite 6301
Marlton, New Jersey 08053-3900
Phone: (856) 355-2912
Fax:     (856) 355-2901
*Attorneys for Medford Village East Associates, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MEDFORD COMMONS, LLC, | Civil Action No. 1:11-CV-188-NLH-KMW |
| Plaintiff, | |
| -against- | Removed from the Superior Court of New Jersey, |
| LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY, jointly and severally, | Docket No. BUR-L-222-08, by Notice filed on January 11, 2011 |
| Defendants, | |
| TOWNSHIP OF MEDFORD, | |
| Intervenor-Plaintiff, | |
| -against- | **EMERGENT NOTICE OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO REMAND AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY, jointly and severally, | |
| Defendants, | |
| LEXON INSURANCE COMPANY and BOND SAFEGUARD INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| -against- | |
| FREEDMAN COHEN DEVELOPMENT, LLC, MEDFORD VILLAGE EAST ASSOCIATES, LLC, CARL FREEDMAN, Individually AND MITCHELL COHEN, | |

| | |
|---|---|
| Individually, | : |
| Third-Party Defendants, | : |
| | : |
| MEDFORD VILLAGE EAST ASSOCIATES, LLC, | : |
| Fourth-Party Plaintiffs, | : |
| -against- | : |
| MEDFORD COMMONS, LLC, TOWNSHIP OF MEDFORD, FREEDMAN COHEN DEVELOPMENT, LLC, CARL FREEDMAN, Individually, MITCHELL COHEN, Individually, PENNONI ASSOCIATES, and JOHN DOES 1 THROUGH 5, | : |
| Fourth-Party Defendants. | |

To:   **All Counsel on the Attached Service List**

**PLEASE TAKE NOTICE** that as soon as counsel may be heard on an emergent basis, the undersigned counsel for Fourth Party Plaintiff, Medford Village East Associates, LLC ("MVE") will move before the Court for an Order granting expedited consideration of MVE's Motion to Remand this matter and, in the alternative, for expedited consideration of MVE's pending Application for Preliminary Injunctive Relief.

In support of this Application, MVE shall rely upon the Declaration of Peter J. Boyer, and the Exhibits referenced therein, as well as the Brief and supporting papers separately filed this date with respect to MVE's Motion for Remand and other Relief.

2

{HL098020.2}

**PLEASE TAKE FURTHER NOTICE** that MVE hereby requests ORAL ARGUMENT.

A Proposed form of Order is submitted herewith.

Respectfully submitted,

**HYLAND LEVIN LLP**

January 14, 2011

/s/ Peter J. Boyer
Peter J. Boyer, Esquire
6000 Sagemore Drive, Suite 6301
Marlton, New Jersey 08053-3900
Phone: (856) 355-2912
Fax:    (856) 355-2901
*Attorneys for Medford Village East Associates, LLC*